UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARNITA PROCTOR,<br><br>    Plaintiff,<br><br>    v.<br><br>CAPITAL ONE, N.A., *et al.*,<br><br>    Defendants. | Civil Action No. 17-1966 (CKK) |

**REDACTED ORDER**
(August 24, 2018)

    For the reasons set forth in the accompanying Memorandum Opinion, the Court shall **APPROVE** a revised version of the settlement agreement reflecting an edit to Paragraph 5 such that Plaintiff Charnita Proctor will release claims "█████████████████████████████████████████████████████████." Plaintiff and Defendants Capital One, N.A. and Capital One Auto Finance, Inc. shall execute the settlement agreement containing that language by **AUGUST 31, 2018**.

    The Court finds no further need for adjudication of this case, and accordingly shall **DISMISS** this action **WITHOUT PREJUDICE** until **AUGUST 31, 2018**, when the matter shall, without further order, stand dismissed **WITH PREJUDICE**.[1]

    **SO ORDERED.**

    **This is a final, appealable Order.**

Dated: August 24, 2018

                                                       /s/
                                            COLLEEN KOLLAR-KOTELLY
                                            United States District Judge

---

[1] Plaintiff already voluntarily dismissed with prejudice the other Defendants in this case, Liberty Mutual Auto And Home Services, LLC and Liberty Mutual Group. Stipulation of Voluntary Dismissal Pursuant to F.R.C.P. Rule 41(a)(1)(A)(ii), ECF No. 46.